Jonah Chew, SBN 197530
Law Office of Jonah Chew
1112 Bryant Street, 3rd Floor
San Francisco, CA 94103
415-484-1718
415-618-0073 fax
jonah@chewlawoffices.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE BONES,<br><br>    Defendant. | Case No.:  CR 12-0712 LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that the motion to suppress currently calendared for May 15, 2013 at 10:30 a.m. be reset to either ~~June 20 or~~ June 27, 2013 at 10:30 a.m., ~~whichever the Court prefers~~, in Courtroom C, 15th Floor.

SO STIPULATED.

Dated: May 2, 2013　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　JONAH CHEW
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JESSE BONES

STIPULATION AND [~~PROPOSED~~] ORDER [Case No.: CR 12-0712 LB]

1

Dated: May 2, 2013

　　　/s/
MARC WOLF
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 6, 2013

The Honorable Magistrate Judge
LAUREL BEELER

STIPULATION AND [~~PROPOSED~~] ORDER [Case No.: CR 12-0712 LB]